*Matthew B. Woods*, in support of the petition.

*Lloyd L. Langhammer*, in opposition.

Decided January 14, 2003

SCOTT LEWIS *v.* COMMISSIONER OF CORRECTION

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Scott Lewis*, pro se, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided January 14, 2003

CARLO VONA ET AL. *v.* EDWARD N. LERNER ET AL.

The Court *(FORD, MURRAY* and *LICARI, Js.)*

CHIEF JUSTICE SULLIVAN and JUSTICES BORDEN, NORCOTT, KATZ, PALMER and VERTEFEUILLE and JUDGES MULCAHY and SUSCO did not participate in the consideration or decision of this petition.

*Thomas E. Minogue, Jr.*, in support of the petition.

*Mary A. Gambardella, Frederick L. Murolo* and *Karen T. Gerber,* in opposition.

Decided January 17, 2003

STATE OF CONNECTICUT *v.* DANIEL SANTIAGO

*Darcy McGraw,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 22, 2003

STATE OF CONNECTICUT *v.* DANIEL SANTIAGO

The Supreme Court docket number is SC 16918.

*James M. Ralls,* assistant state's attorney, in support of the petition.

*Darcy McGraw,* special public defender, in opposition.

Decided January 22, 2003